THE CINCINNATI, PERU AND CHICAGO RAILROAD COMPANY
*v.* WALKER.

APPEAL from the *Laporte* Circuit Court.

*Per Curiam.*—*The Cincinnati, &c., Railroad Company* was sued by *William J. Walker* for 155,000 dollars, for work and labor, &c. Process was duly served.

The company confessed judgment through a power of attorney, which recites that it was executed pursuant to a resolution of the board of directors, conferring the power upon the president and secretary to make it.

The president made oath that the judgment was not confessed to defraud creditors.

The judgment was rendered without relief, &c.

Nothing appears authorizing the judgment without re- <span style="float:right">May Term, 1860.</span>
lief, and that part of it must be reversed with costs.

We think a *prima facie* case, authorizing the judgment SCHLOSSER
by confession, was made. If the judgment is fraudulent, v.
creditors, by a proper proceeding, may avoid it as to them- Fox.
selves.

The judgment is affirmed, except as to collection with-
out relief, &c. That part is reversed with costs.

*J. B. Niles*, for the appellants.

*J. Bradley* and *J. Woodward*, for the appellee.